D. John Ashby, ISB No. 7228
Taylor Barton, ISB No. 11259
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
        tbarton@hawleytroxell.com

Attorneys for Defendant San Joaquin Valley
College, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON SONNE,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC.,<br>a California corporation,<br><br>                    Defendant. | Case No.<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that Defendant San Joaquin Valley College, Inc. ("SJVC"), by

and through its attorneys of record, Hawley Troxell Ennis & Hawley LLP, pursuant to 28 U.S.C.

§§ 1332, 1441, and 1446, hereby removes this action, which was filed on February 5, 2022 as

Case No. CV01-21-16825 on the docket of the Fourth Judicial District Court of the State of

Idaho, for the County of Ada, to the United States District Court, District of Idaho. As more

fully set forth below, this case is properly removable to this Court pursuant to 28 U.S.C. § 1441

NOTICE OF REMOVAL - 1

because SJVC has satisfied the procedural requirements for removal under 28 U.S.C. § 1446 and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## I. PROCEDURAL BACKGROUND

On October 27, 2021, Plaintiff Jason Sonne ("Plaintiff") filed his Verified Complaint with the Fourth Judicial District Court of the State of Idaho in and for Ada County. However, Plaintiff named the wrong defendant in that action as Carrington College, an Idaho corporation. Plaintiff then amended his Complaint to name SJVC, a California corporation, as the proper Defendant. On February 5, 2022, SJVC accepted service of Plaintiff's Verified Amended Complaint ("Amended Complaint"), which Amended Complaint was filed with the Fourth Judicial District Court of the State of Idaho in and for Ada County on February 5, 2022. As required by 28 U.S.C. § 1446(a) and Local District Rule 81.1, a copy of the entire state court record and the Register of Actions, which includes the original Complaint, Summons, and Amended Complaint, is attached hereto as **Exhibit A.**

In the Amended Complaint, Plaintiff asserts six counts arising from the termination of his employment by SJVC. *See* Am. Compl. ¶¶ 39-73. The claims include: constructive discharge in violation of public policy; breach of the covenant of good faith and fair dealing; unjust enrichment; negligent infliction of emotional distress; vicarious liability; and negligent supervision.

## II. DIVERSITY JURISDICTION

Removal is proper under 28 U.S.C. § 1441(a), because this Court has diversity jurisdiction under 28 U.S.C. § 1332. Under 28 U.S.C. § 1332, diversity jurisdiction exists where "the matter in controversy exceeds the sum or value of $75,000 . . . and is between – (1) citizens

NOTICE OF REMOVAL - 2

of different States[.]" 28 U.S.C. § 1332(a).  A corporation is considered a citizen of every state "by which it has been incorporated and of the State . . . where it has its principal place of business[.]"  28 U.S.C. § 1332(c)(1).

## A.     Diversity of Citizenship Exists.

1.     Plaintiff alleges he is a resident of Ada County, Idaho.  Am. Compl. ¶ 1. Accordingly, Plaintiff is a citizen of Idaho. *See* 28 U.S.C. § 1332(a)

2.     Plaintiff further alleges that SJVC is a California corporation with its principle place of business located in Visalia, California. Am Compl. ¶ 2.  SJVC admits that it is a California Corporation with its principle place of business in Visalia, California.  Accordingly, SJVC is a citizen of California.  *See* U.S.C. § 1332 (c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]")

3.     For purposes of removal, this action is between a citizen of Idaho, Plaintiff, and a citizen of California, SJVC.  Therefore, pursuant to 28 U.S.C. § 1332(a)(1), this action is between citizens of different states and the diversity of citizenship requirement is met.

## B.     The Amount of Controversy Requirement is Satisfied.

1.     The amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied because Plaintiff's alleged damages are in excess of $75,000.

2.     Although SJVC reserves the right to object to the damages sought by Plaintiff and disputes that Plaintiff is entitled to recover any damages, Plaintiff has alleged total damages of at least $350,000.  Am. Compl. ¶ 30, Exh. C at p. C004 (demanding $350,000 for constructive discharge and retaliation).  This amount exceeds the sum of $75,000.  Therefore, based on the

NOTICE OF REMOVAL - 3

allegations in the Complaint, the amount in controversy exceeds $75,000, as required by 28

U.S.C. § 1332(a).

Accordingly, because complete diversity of citizenship exists and the amount in

controversy requirement is met, the requirements of diversity jurisdiction under 28 U.S.C. §

1332 are satisfied, and this action may be removed to this Court under 28 U.S.C. § 1441(a).

### III. PROCEDURAL REQUIREMENTS

1.      **Pleadings.**  A copy of "all process, pleadings, and orders served upon" SJVC, *see*

28 U.S.C. § 1446(a), are attached hereto as **Exhibit A**.

2.      **Timeliness.**  Because SJVC accepted service of the Amended Complaint on

February 5, 2022, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(3), having been

filed within 30 days from that date.  Further, this Notice of Removal has been filed less than one

year after the commencement of the action. *See* 28 U.S.C. § 1446(c)(1).

3.      **Consent.**  SJVC is the only defendant in this action.  Thus, as the only defendant,

SJVC is the only party required to provide consent to removal as required under 28 U.S.C. §

1446(b)(2) ("[A]ll defendants who have been properly joined and served must join or consent to

the removal of the action.").

4.      **Notice.**  Consistent with the requirements of 28 U.S.C. § 1446(d), SJVC will file

a Notice of Notice of Removal with the Idaho state court and serve this Notice as well as the

Notice of Notice of Removal upon Plaintiff.  A true and correct copy of the Notice of Notice of

Removal to be filed with the Idaho state court is attached (excluding its Exhibits) as **Exhibit B.**

5.      **Forum.**  Ada County, Idaho is within the district of the United States District

Court for the District of Idaho.  Therefore, this "district and division embrac[es] the place where

NOTICE OF REMOVAL - 4

[the Complaint] is pending," and therefore this is the appropriate court for removal. 28 U.S.C. § 1441(a).

6.      Pursuant to Local District Rule of Procedure 81.1, a Civil Cover Sheet has been filed concurrently herewith.

WHEREFORE Defendant requests that Case No. CV01-21-16825 on the docket of the Fourth Judicial District Court of the State of Idaho, for the County of Ada, be removed to the United States District Court, District of Idaho.

Dated: February 16, 2022                      HAWLEY TROXELL ENNIS & HAWLEY LLP


By /s/ D. John Ashby
       D. John Ashby, ISB No. 7228
       Taylor J Barton, ISB No. 11259
       Attorneys for Defendant San Joaquin Valley
       College, Inc.

NOTICE OF REMOVAL - 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true copy of the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Max T. Williams                                  max@williamslawgroupboise.com
Jack N. Wagner                                   jack@williamslawgroupboise.com
WILLIAMS LAW GROUP, PLLC
*[Attorneys for Plaintiff]*

Dated: February 16, 2022

/s/ D. John Ahsby
D. John Ashby, ISB No. 7228

NOTICE OF REMOVAL - 6