# EXHIBIT A

ADA COUNTY DISTRICT COURT
# CASE SUMMARY
## CASE NO. CV01-21-16825

| | | |
|---|---|---|
| **Jason Sonne** | § | Location: **Ada County District Court** |
| Plaintiff, | § | Judicial Officer: **Yee-Wallace, Cynthia** |
| vs. | § | Filed on: **10/27/2021** |
| **San Joaquin Valley College Inc** | § | |
| Defendant. | § | |

---

## CASE INFORMATION

Case Type: **AA- All Initial District Court Filings (Not E, F, and H1)**

Case Status: **10/27/2021   Active - Pending**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | CV01-21-16825 |
| Court | Ada County District Court |
| Date Assigned | 10/27/2021 |
| Judicial Officer | Yee-Wallace, Cynthia |

---

## PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Sonne, Jason** | **Williams, Max Thomas** |
| | | *Retained* |
| | | 208-269-1835(W) |
| | | |
| **Defendant** | **Carrington College Inc** | |
| | Removed: 02/08/2022 | |
| | Relationship Established | |
| | | |
| | **San Joaquin Valley College Inc** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/27/2021 | New Case - District Civil | |
| 10/27/2021 | Civil Case Information Sheet | |
| 10/27/2021 | Complaint Filed | |
| 10/27/2021 | Summons Issued *and Filed* | |
| 10/27/2021 | **Summons** Carrington College Inc Unserved | |
| 02/05/2022 | Amended *Plaintiff's Verified Amended Complaint* | |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Plaintiff** Sonne, Jason | |
| Total Charges | 221.00 |
| Total Payments and Credits | 221.00 |
| **Balance Due as of 02/11/2022** | **0.00** |

*Printed on 02/11/2022 at 2:41 PM*

ADA COUNTY DISTRICT COURT
# CASE SUMMARY
CASE NO. CV01-21-16825