Electronically Filed
10/27/2021 4:49 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Caterina Moritz Gutierrez, Deputy Clerk

Max T. Williams, ISB #11015
Jack N. Wagner, ISB #11244
WILLIAMS LAW GROUP, PLLC
202 N. 9th Street
Suite 204
Boise, ID 83702
Telephone: (208) 457-7284
Facsimile: (208) 261-4907
max@williamslawgroupboise.com
jack@williamslawgroupboise.com

*Attorneys for Plaintiff Jason Sonne*

Yee-Wallace, Cynthia

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JASON SONNE, | Case No. CV01-21-16825 |
| Plaintiff, | |
| vs. | **SUMMONS** |
| CARRINGTON COLLEGE, INC., an Idaho Corporation, | |
| Defendant. | |

**NOTICE:** YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

**TO: CARRINGTON COLLEGE, INC.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 21 days after service of this Summons on you. If you fail to so respond the Court may enter judgment against you as demanded by the Petitioner in the accompanying Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written

response, if any, may be filed in time and other legal rights protected. A letter to the judge is not an appropriate response.

An appropriate written response requires:

1. The title and number of this case.
2. Your response to the Complaint must contain admissions or denials of the separate allegations and other defenses which you may claim.
3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.
4. Proof of mailing or deliver of a copy of your response to Plaintiff's attorney, Jack Nicholas Wagner, given the contact information above.
5. Your Answer must be filed with the Ada County Courthouse, 200 W. Front Street, Boise, Idaho 83702. (208) 287-6900.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED: 10/27/2021 4:49 PM

_[signature]_
DEPUTY CLERK OF THE COURT

PHIL MCGRANE
Clerk of the Court

SUMMONS