D. John Ashby, ISB No. 7228
Taylor Barton, ISB No. 11259
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
   tbarton@hawleytroxell.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON SONNE,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation,<br><br>Defendant. | Case No. 1:22-cv-00062-DCN<br><br>DEFENDANT SAN JOAQUIN VALLEY COLLEGE, INC.'S CORPORATE DISCLOSURE STATEMENT |

This Corporate Disclosure Statement is filed on behalf of Defendant San Joaquin Valley College, Inc., dba San Joaquin Valley College ("Defendant") in compliance with the provision of Federal Rules of Civil Procedure, Rule 7.1.

At all times relevant to this action, Defendant did not, and does not, have any parent corporation, nor does any publicly traded corporation own more than 10% of Defendant's stock.

DATED THIS 25th day of February, 2022.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By /s/ D. John Ashby
D. John Ashby, ISB No. 7228
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2022, I electronically filed the foregoing DEFENDANT SAN JOAQUIN VALLEY COLLEGE, INC.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Max T. Williams | max@williamslawgroupboise.com |
| Jack N. Wagner | jack@williamslawgroupboise.com |
| WILLIAMS LAW GROUP, PLLC | |

*D. John Ashby*
D. John Ashby