Max T. Williams, ISB #11015
Jack Nicholas Wagner, ISB #11244
WILLIAMS LAW GROUP, PLLC
417 S. 13th Street
Boise, ID 83702
Telephone: (208) 917-1608
Facsimile: (208) 269-3106
info@williamslawgroupboise.com

*Attorneys for Plaintiff Jason Sonne*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON SONNE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC.,<br>a California Corporation,<br><br>    Defendant. | Case No. 1:22-cv-00062-DCN<br><br>**MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW,** Plaintiff, Jason Sonne (hereinafter "Plaintiff"), by and through his attorney of record, Max T. Williams, of Williams Law Group, PLLC, and hereby moves this Court for an Order granting Plaintiff an extension of time in order to file his response to Defendant's Motion for Summary Judgment pursuant to the District of Idaho, Local Rule 7.1. Plaintiff's motion is based on the following good cause:

1. Plaintiff's counsel was waiting for confirmation that his deposition transcript was ready to be reviewed and approved in order to request a copy;

2. Plaintiff received notice of Defendant's motion for summary judgment and accompanying affidavits on December 16, 2020, but had not yet received any notice that his deposition testimony was available;

3. Plaintiff had not received his deposition transcript by January 6, 2021 and was unable to complete his response without said transcript;

4. Plaintiff admits he failed to file a motion to extend time by the January 6 deadline to respond but did so unintentionally;

5. On January 13, 2023, Plaintiff's counsel received notice from this Court that Plaintiff's response had not been filed within the procedural requirements of Local Rule 7.1;

6. Plaintiff's counsel immediately worked to finalize Plaintiff's response but still had not yet received Plaintiff's deposition transcript;

7. It wasn't until January 16, 2023 that Plaintiff's counsel received an email from the M&M Court Reporting Service stating that Plaintiff's transcript had not been reviewed or signed by Plaintiff but provided an unsigned copy;

8. Plaintiff requests a one (1) week extension to submit his response so Plaintiff's counsel can adequately respond to Defendant's motion;

9. Plaintiff has not requested any extensions of time previously, and does not intend on requesting one in the future.

DATED this 20th day of January 2023.

WILLIAMS LAW GROUP, PLLC

_____
Max T. Williams
*Attorney for Plaintiff Jason Sonne*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2023, the foregoing **MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served upon the following parties by the method(s) indicated below:

John Ashby
Hawley Troxell
877 W. Main St., Ste. 1000
PO Box 1617
Boise, Idaho 83701
Tel: (208) 344-6000
email: jashby@hawleytroxell.com
email:tbarton@hawleytroxell.com

☐ Hand Delivery
☐ U.S. Mail, postage prepaid
☐ Facsimile:
☒ E-mail
☒ I-Court ECF

/s/ Jennifer Cottle
Legal Assistant