UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON SONNE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 1:22-cv-00062-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order (Dkt. 25), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE and closed.

DATED: January 16, 2024

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1