D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON SONNE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC.,<br>a California corporation,<br><br>    Defendant. | Case No. 1:22-cv-00062-DCN<br><br>WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND MOTION FOR AN AWARD OF ATTORNEY FEES |

Defendant San Joaquin Valley College, Inc., commonly known as Carrington College ("Carrington"), by and through counsel of record, Hawley Troxell Ennis & Hawley LLP, hereby withdraws its recently filed Bill of Costs and its Motion for an Award of Attorney Fees. The parties have reached a resolution that renders the Bill of Costs and the Motion for an Award of Attorney Fees moot. Carrington does not anticipate any further action in this case.

WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND MOTION FOR
AN AWARD OF ATTORNEY FEES - 1

DATED THIS 8th day of February, 2024.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By  /s/ D. John Ashby
    D. John Ashby, ISB No. 7228
    Attorneys for Defendant

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 8th day of February, 2024, I electronically filed the foregoing WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND MOTION FOR AN AWARD OF ATTORNEY FEES with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Max T. Williams | max@williamslawgroupboise.com |
| Jack N. Wagner | jack@williamslawgroupboise.com |
| WILLIAMS LAW GROUP, PLLC | |

       /s/ D. John Ashby
       D. John Ashby